1
2
3
4
5                                    By: */s/ Constantin V. Roboostoff*
6
7
...

COMPLAINT

5